# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Polished.com
Debtor

Bankruptcy Case No.: 24−10353−TMH

Bankruptcy Chapter: 7

George L. Miller

Plaintiff

vs.

MRF Logistics LLC

Defendant(s)

Adv. Proc. No.: 26−50203−TMH

**JUDGMENT BY DEFAULT**

On 08/03/26, default was entered against defendant(s) MRF Logistics LLC. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) MRF Logistics LLC in the amount of $62,460.00 plus court filing costs in the amount of $350.00 .

Date: 10/28/26

Stephen L Grant, Clerk of Court

(VAN−433b)