# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 10/28/2026 |
| Case: 26−50203−TMH | Form ID: van433b | Total: 4 |

**Recipients of Notice of Electronic Filing:**

aty Bradford J. Sandler bsandler@pszjlaw.com
aty Peter J Keane pkeane@pszjlaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

ust U.S. Trustee Office of the United States Trustee J. Caleb Boggs Federal Building 844 King Street, Suite 2207 Lockbox 35 Wilmington, DE 19801
ust U.S. Trustee Office of United States Trustee J. Caleb Boggs Federal Building 844 King Street, Suite 2207 Lockbox 35 Wilmington, DE 19899−0035

TOTAL: 2